IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LINDA COVINGTON and GILBERT COVINGTON, Individually and as Wife and Husband,<br><br>Plaintiffs,<br><br>v.<br><br>MENTOR WORLDWIDE LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 1;15-cv-01293-JDB-egb |

The Court has considered the unopposed Motion to Appear Pro Hac Vice of Sarah L. Bunce filed with this Court on January 28, 2016 and finds it well taken.

Accordingly, the motion is hereby GRANTED.

IT IS SO ORDERED this 2nd day of February, 2016.

                                                  s/ J. DANIEL BREEN
                                                CHIEF UNITED STATES DISTRICT JUDGE